No. 97–5771.   JOHNS *v.* ILLINOIS.   App. Ct. Ill., 1st Dist.   Certiorari denied.

No. 97–5778.   LOVETT *v.* FLORIDA.   Dist. Ct. App. Fla., 3d Dist.   Certiorari denied.

No. 97–5781.   SULLIVAN *v.* COLORADO.   Ct. App. Colo.   Certiorari denied.

No. 97–5782.   JACKSON *v.* DUCKWORTH, SUPERINTENDENT, INDIANA STATE REFORMATORY.   C. A. 7th Cir.   Certiorari denied.

No. 97–5788.   A. B. R. *v.* VERMONT DEPARTMENT OF SOCIAL AND REHABILITATION SERVICES.   Sup. Ct. Vt.   Certiorari denied.

No. 97–5790.   VOLOSIN *v.* CONSTRUCTION CONTRACTORS BOARD ET AL.   Ct. App. Ore.   Certiorari denied.

No. 97–5797.   CHAPMAN *v.* LECUREUX, WARDEN.   C. A. 6th Cir.   Certiorari denied.

No. 97–5807.   CALHOUN *v.* BALL CORP.   C. A. 10th Cir.   Certiorari denied.

No. 97–5818.   CERATO *v.* MORTON, ADMINISTRATOR, NEW JERSEY STATE PRISON, ET AL.   C. A. 3d Cir.   Certiorari denied.

No. 97–5819.   JONES *v.* CALIFORNIA.   Sup. Ct. Cal.   Certiorari denied.

No. 97–5825.   DOLENC *v.* DISTRICT ATTORNEY OF ALLEGHENY COUNTY, PENNSYLVANIA, ET AL.   Sup. Ct. Pa.   Certiorari denied.

No. 97–5827.   FLORENCIO FERNANDEZ *v.* MICHIGAN.   Ct. App. Mich.   Certiorari denied.

No. 97–5830.   GUILLEN *v.* HANKS, SUPERINTENDENT, WABASH VALLEY CORRECTIONAL FACILITY.   C. A. 7th Cir.   Certiorari denied.

No. 97–5831.   HUDSON *v.* CONSUMER POWER CO.   C. A. 6th Cir.   Certiorari denied.